**Linda SMOTHERS and Greg Smothers, Appellants**

v.

**Rose M. TRUGLY, Respondent**

**WD 77972**

Missouri Court of Appeals, Western District.

ORDER FILED: September 29, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied October 27, 2015

Application for Transfer Denied December 22, 2015

Joseph Backer, Independence, MO, Counsel, Jonathan Sternberg, Kansas City, MO, Co–Counsel for Appellants

Kevin Weakley, Overland Park, KS, Counsel, Brian Boos, Overland Park, KS, Co–Counsel for Respondent

Before Division Two Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Ms. Linda Smothers and Mr. Greg Smothers appeal a June 2014 judgment *nunc pro tunc* that purportedly clarified and finalized a November 2012 judgment, which this Court previously ruled not final and not otherwise appealable.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).